UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> c/o United States Attorney's Office <br> Judiciary Center Building <br> 555 4th Street, N.W. <br> Washington, D.C. 20530, <br><br> **Plaintiff,** <br><br> v. <br><br> **ONE 1998 BMW 740i AUTOMOBILE,** <br> **VIN WBAGF8325WDL54359,** <br><br> **Defendant.** | Civil Action No.: |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, to bring this verified complaint for forfeiture in a civil action *in rem* against the defendant property, an automobile that the United States Park Police (USPP) seized on November 25, 2007, in Washington, D.C. In support of this cause, plaintiff states as follows:

### NATURE OF THE ACTION AND DEFENDANT *IN REM*

1.  This is a civil action *in rem* for forfeiture of the defendant property, which is a 1998 BMW 740i automobile. On November 25, 2007, U.S. Park Police officers seized the vehicle at the intersection of Lebaum Street, S.E., and Martin Luther King, Jr., Avenue, S.E., Washington, D.C., after finding controlled substances inside the car in its owner's possession. Plaintiff brings this action under Title 21 of the United States Code, Section 881(a)(4). Section 881(a)(4) declares to be subject to forfeiture "all conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt,

possession, or concealment" of controlled substances and related property in violation of the law commonly called the Controlled Substances Act (CSA), 21 U.S.C. § 801 *et seq.*

2. The defendant property is more fully described as:

**One 1998 BMW 740i automobile with vehicle identification number (VIN) WBAGF8325WDL54359, bearing District of Columbia license plates CW0099, and registered in the District of Columbia to Mr. Stanley Justin Baisey.**

This defendant property also is called "the defendant BMW car" in this complaint, and it now is in the custody of an agency of the U.S. government in Washington, D.C.

## JURISDICTION AND VENUE

3. This Court has original jurisdiction of this civil action by virtue of 28 U.S.C. § 1345, because it has been commenced by the United States, and by virtue of 28 U.S.C. § 1355(a), because it is an action for the recovery and enforcement of a forfeiture under an Act of Congress. Venue is proper in this District by virtue of 28 U.S.C. § 1355(b)(1), because this is a forfeiture action or proceeding brought in the district court for the district in which any of the acts or omissions giving rise to the forfeiture occurred, and by virtue of 28 U.S.C. § 1395, because a civil proceeding for the forfeiture of property may be prosecuted in the district in which the property is found. The defendant property is now, and during the pendency of this action will be, in the jurisdiction of this Court.

4. This civil action *in rem* for forfeiture is governed by 21 U.S.C. § 881, 18 U.S.C. § 983, the Federal Rules of Civil Procedure, and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, particularly Rule G.

## STATEMENT OF FACTS

5. Mr. Stanley Justin Baisey owns the defendant BMW car. (This person also is

referred to as "Mr. Baisey" in this complaint.)

6. Mr. Baisey is the defendant BMW car's only owner, and the vehicle has no outstanding liens against it. The car had a value of about $9000 on November 25, 2007.

7. On Sunday, November 25, 2007, shortly before 12:30 p.m., U.S. Park Police officers saw Mr. Baisey and another man inside the defendant BMW car near the intersection of Lebaum Street, S.E., and Martin Luther King, Jr., Avenue, S.E., in Washington D.C.

8. At about this time, Mr. Baisey had in his hand a zip-lock bag containing a controlled substance, which Mr. Baisey tried to hide near the defendant BMW's driver's seat where Mr. Baisey was sitting.

9. U.S. Park Police officers spoke to Mr. Baisey, who said words to the effect that the other man and he were just trying to smoke some weed.

10. Shortly afterward, the police officers arrested Mr. Baisey.

11. At the time of Mr. Baisey's arrest on November 25, 2007, the defendant BMW car contained inside it the controlled substance cocaine base.

12. Further, at this time on November 25, 2007, also inside the defendant BMW car was the controlled substance marijuana.

13. Some of the cocaine base inside the defendant BMW car on November 25, 2007, was packaged in a zip-lock bag, which had in it about 15 smaller zip-lock bags, each containing a piece of crack cocaine base.

14. Another amount of crack cocaine base inside the defendant BMW car on November 25, 2007, was in a different zip-lock bag, which contained several "rocks" of crack cocaine base.

15. The marijuana in the defendant BMW car on November 25, 2007, was in a zip-lock

bag, containing six zip-lock bags of marijuana and a number of empty zip-lock bags.

16. At the time of Mr. Baisey's arrest, there was near the defendant BMW car's center console a razor blade with traces of cocaine on it.

17. Police seized the cocaine base and marijuana, which had been inside the defendant BMW car on November 25, 2007.

18. After Mr. Baisey's arrest, police seized from the shoe he just had been wearing a second razor blade.

19. Following Mr. Baisey's arrest on November 25, 2007, police seized the defendant BMW car.

20. The weight of the cocaine base seized from the defendant BMW car on November 25, 2007, was more than three grams.

21. The weight of the marijuana seized from the defendant BMW car on November 25, 2007, was more than 15 grams.

22. On November 26, 2007, in case number 2007-CMD-27249, Mr. Baisey was charged in the Superior Court of the District of Columbia with the crimes of unlawful possession of cocaine, unlawful possession of marijuana, and unlawful possession of drug paraphernalia.

23. On April 1, 2008, Mr. Baisey pled guilty to the charges in criminal case number 2007-CMD-27249 in the Superior Court of the District of Columbia, reserving the right to appeal the denial of a motion to suppress.

24. On or about September 28, 2005, Mr. Baisey was convicted in the Superior Court of the District of Columbia in case number 2005-CMD-08995 of the crime of unlawful attempted possession of cocaine.

25. On or about June 11, 2003, Mr. Baisey was convicted in the Superior Court of the District of Columbia in case number 2002-FEL-005764 of the crime of unlawful attempted possession with intent to distribute marijuana.

26. On or about February 20, 1985, Mr. Baisey was convicted in the Superior Court of the District of Columbia in case number 1984-CMD-09450 of the crime of unlawful possession with intent to distribute marijuana.

27. Mr. Baisey has suffered three other convictions in the Superior Court of the District of Columbia for crimes involving the unlawful possession of marijuana.

28. After the defendant property had been seized, the U.S. Federal Bureau of Investigation (FBI) began procedures to forfeit the defendant BMW car to the U.S. government by an administrative (non-judicial) process, and the FBI gave notice of this to Mr. Baisey.

29. On or about May 13, 2008, the FBI received from Mr. Baisey a claim of ownership of the defendant property and his request to be permitted to exercise his right to challenge its forfeiture in a civil judicial proceeding.

## **COUNT ONE**

1. The factual statements made in paragraphs 1 through 29 are re-alleged and incorporated by reference herein.

2. The defendant property, a 1998 BMW automobile with VIN WBAGF8325WDL54359, is a conveyance and vehicle, which was used, or was intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance on November 25, 2007, and the possession of the controlled substances on November 25, 2007, was unlawful and in violation of the Controlled Substances Act,

21 U.S.C. § 801, *et seq.*

3.     As such, the defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

*WHEREFORE*, the plaintiff prays that, as to the above-referenced defendant property, due process and a warrant of arrest *in rem* issue according to law; that, pursuant to law, notice be provided to all interested parties to appear and show cause why the forfeiture should not be decreed and the defendant property be condemned as forfeited to the United States of America; and for such other and further relief as this Court may deem just, necessary, and proper.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY TAYLOR, D.C. Bar No. 498610
UNITED STATES ATTORNEY

*/s/ William R. Cowden*
WILLIAM R. COWDEN, D.C. Bar No. 426301
Assistant United States Attorney

*/s/ Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299
William.B.Wiegand@USDoJ.Gov

## **VERIFICATION**

I, Caroline Duvall, a Special Agent of the U.S. Federal Bureau of Investigation, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by law enforcement agents and that everything represented herein is true and correct to the best of my knowledge and belief.

Executed on this 30 day of July 2008.

                                                    Caroline Duvall,
                                                    Special Agent,
                                                    U.S. Federal Bureau of Investigation

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America, U.S. Attorney's Office | One 1998 BMW 740i Automobile, VIN WBAGF8325WDL54359 |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ **(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ **(IN U.S. PLAINTIFF CASES ONLY)** NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Barry Wiegand   (202) 307-0299 Assistant U.S. Attorney 55 4th Street, N.W., Room 4818 Washington, DC 20530 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. *Antitrust***
☐ 410 Antitrust

**☐ B. *Personal Injury/Malpractice***
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☒ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil***

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☒ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
21 U.S.C. §881(a)(4), forfeiture of all conveyances, including aircraft, vehicles,...which are used,...to transport, of facilitate the transportation, sale, receipt, possession, or concealment of controlled substances in violation of the Controlled Substances Act, codified at 21 U.S.C. §801 *et seq.*

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐    DEMAND $    Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 7/30/2008   SIGNATURE OF ATTORNEY OF RECORD   *Barry Wiegand* 07-30-08
Barry Wiegand, Assistant U.S. Attorney

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form